# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0884

_____

N. D.,

    Appellant,

v.

AGENCY FOR PERSONS WITH
DISABILITIES,

    Appellee.

_____

On appeal from the Department of Children and Families.
Allison Smith-Dossou, Hearing Officer.

November 7, 2023

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Matthew A. Gripp of Seminole County Bar Association Legal Aid Society, Inc., Longwood; Marissa A. O'Connor of Community Legal Service of Mid Florida, Orlando, for Appellant.

Francis Carbone, General Counsel, and Carrie McNamara, Chief Appellate Counsel, Agency for Persons with Disabilities, Tallahassee, for Appellee.